**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GENENTECH, INC.,**<br><br>Petitioner,<br><br>v.<br><br>**NOVARTIS PHARMA AG,**<br><br>Respondent. | Case No. 25-cv-1783 (CRC) |

**ORDER**

The matter before the Court is Petitioner Genentech, Inc.'s ("Genentech") Petition to Recognize and Enforce Foreign Arbitral Award for an order and judgment recognizing and enforcing the final, binding arbitration award (the "Final Award") against Respondent Novartis Pharma AG ("Novartis") rendered on April 14, 2025.

Upon review of Petitioner's [1] Petition to Recognize and Enforce Foreign Arbitral Award, Respondent's [24] Response to Petition to Recognize and Enforce Foreign Arbitral Award, and Petitioner's [25] Reply in Further Support of Petition to Recognize and Enforce Foreign Arbitral Award, it is hereby

**ORDERED** that the Final Award in its entirety is recognized and enforced pursuant to 9 U.S.C. § 207. It is further

**ORDERED** that judgment is entered in favor of Genentech and against Novartis in accordance with the Final Award in its entirety, including but not limited to:

(i) DECIDING AND DECLARING that Vabysmo® (faricimab) is not a Licensed Product under the License and Collaboration Agreements ("LCAs");

(ii) CONCLUDING that the fragment that is licensed under the LCAs is the stand alone ranibizumab: Vabysmo® (faricimab), or the VEGF-binding arm thereof, are not covered by the LCAs;

(iii) DENYING Novartis's claim that Genentech has breached and will continue to breach the LCAs by encroaching on Novartis' exclusive Territory, including by seeking regulatory approval of, using, selling, importing, and/or promoting Vabysmo® in countries outside the United States;

(iv) ORDERING Novartis to pay to Genentech the costs it incurred for the arbitration, including attorneys' fees, which amounts Novartis has paid, as follows:

a. US$ 584,250 for the advance on the fees and expenses of the arbitrators and the ICC administrative expenses fixed by the Court;

b. US$ 17,255,928.62 for the reasonable legal and other costs incurred for the arbitration;

c. interest on these amounts at the rate of 9% annually from the date of the Final Award until full and final payment, subject to any order by an enforcement court applying its own rules to post-judgment interest.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: October 13, 2026